LABOR COMMISSIONER, STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT

DATE FILED: 4/10/2013

DISTRICT OFFICE 07

TAKEN BY

**PLAINTIFF:** JAMAL WILLIAMS

Exhibit A

**DEFENDANT:** Parks, Recreation & Waterfront, City of Berkeley, State of California, a public entity

DOES I THROUGH V, Defendant(s)

**State Case Number** 07 - 76692 CW

**COMPLAINT**

PLAINTIFF ALLEGES:

1. He was employed by the defendant named above to perform personal services as: Groundskeeper
2. for the period May 20, 2008 to March 19, 2013
3. in the County of Alameda, California; under the terms of a written agreement, at the promised rate of compensation of: $24.84 per hour

4. that there is due, owing and payable from the defendant to the plaintiff an amount as and for wages, penalties and/or other demands for compensation:
   - ☐ a. as shown in attached Exhibit A, incorporated herein;
   - ☒ b. as set out below:

   Vacation wages for 50 hours earned 2011 to 2013 at the rate of $24.84 per hour., claiming $1,242.00.

   - ☐ c. and also alleging liquidated damages pursuant to Labor Code Section 1194.2 in the amount of _____, which is equal to the amount of unpaid minimum wages.
   - ☐ d. and also alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty of _____ per day for an indeterminate number of days not to exceed thirty days.
   - ☐ e. and also alleging additional wages accrued pursuant to Labor Code Section 203.1, as a penalty of _____ per day for issuance of an insufficient payroll check for an indeterminate number of days not to exceed thirty days per check.

   Interest pursuant to Labor Code Section(s) 98.1, 1194.2 and/or 2802.

PLAINTIFF CERTIFIES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

Executed at Berkeley, County of Alameda, California

Dated: 9/4/2013

Signature of Plaintiff: Jamal Williams

DLSE 530 (Rev. 1/12)   COMPLAINT   L.C. 98